Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Alicia R. Intriago
Assistant Federal Public Defender
California State Bar No. 320102
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Alicia_Intriago@fd.org


*Attorney for Petitioner Joe Calixto Caicedo Jara

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Joe Calixto Caicedo Jara,<br><br>          Petitioner,<br><br>          v.<br><br>Field Office Director, U.S. Immigration and Customs Enforcement (ICE), *et al.*,<br><br>          Respondents. | Case No. 2:26-cv-01903-MMD-MDC<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>**(FIRST REQUEST)** |

Petitioner Joe Calixto Caicedo Jara, through Assistant Federal Public Defender Alicia R. Intriago, seeks an extension of 14 days to file the amended petition or a motion to dismiss the petition in this case up and until July 24, 2026.

## POINTS AND AUTHORITIES

1. Petitioner Joe Calixto Caicedo Jara was taken into custody of Immigration and Customs Enforcement on or about May 15, 2026. ECF No. 1 at 1. He had a bond hearing on June 22, 2026, where he was ordered detained and issued a final order of removal. *Id.* On June 24, 2026, he filed a pro se habeas petition under 28 U.S.C. § 2241 in the Federal District Court of Nevada. *See id.* at 5. The Court appointed the Federal Public Defender to represent Mr. Caicedo Jara on June 26, 2026. ECF No. 3. The undersigned attorney filed her notice of appearance on July 6, 2026. ECF No. 4. The amended petition or a motion to dismiss the petition is currently due July 10, 2026. *See* ECF No. 3 at 2.

2. This is counsel's first request for an extension of time to file the amended petition or a notice that an amended petition is unnecessary. Counsel for Petitioner reached out to counsel for Respondents, Assistant U.S. Attorney Russell Webb, who indicated he did not object to this request for extension of time.

3. Counsel received the relevant immigration court documents and recordings on July 6, 2026. Counsel for Mr. Caicedo Jada had a legal call with him yesterday to discuss his case. The same day, counsel mailed a release for Mr. Caicedo Jara to sign so that counsel. Counsel needs time to review the materials provided by the Government, to obtain any additional information necessary to determine whether an amended petition or motion to dismiss is warranted, and further discuss the petitioner's options.

4. Counsel requests more time in light of her current schedule as well. Today counsel is travelling to and from Carson City to meet with a state pardons board client at Northern Nevada Correctional Center who has an upcoming hearing; she has a legal call with a noncapital § 2254 client in relation to an equitable tolling investigation on July 13; she is preparing and will file an amended petition in a § 2241 immigration habeas case on July 14, 2026; is taking annual leave the afternoon

2

of July 16 and all day July 17; has a legal visit with a client at High Desert State Prison on July 20; and has federal court primary duty representing individuals at initial appearances and detention hearing on July 21.

5.      This request for more time is made in the interests of justice and in the interest of Petitioner Joe Calixto Caicedo Jara. Counsel has been diligent in her attempts to review and secure the relevant records in order to assess the appropriate course of action in this case.

Dated July 10, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

/s/ Alicia R. Intriago
Alicia R. Intriago
Assistant Federal Public Defender


IT IS SO ORDERED:

_____
U.S. DISTRICT COURT JUDGE


DATED: _July 10, 2026_____

3