Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Alicia R. Intriago
Assistant Federal Public Defender
California State Bar No. 320102
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Alicia_Intriago@fd.org

*Attorney for Petitioner Joe Calixto Caicedo Jara

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Joe Calixto Caicedo Jara,

Petitioner,

v.

Field Office Director, U.S. Immigration and Customs Enforcement (ICE), *et al.*,

Respondents.

Case No. 2:26-cv-01903-MMD-MDC

**Unopposed Motion for Extension of Time**

**(SECOND REQUEST)**

Petitioner Joe Calixto Caicedo Jara, through Assistant Federal Public Defender Alicia R. Intriago, seeks an extension of 14 days to file the amended petition or a motion to dismiss the petition in this case up and until August 7, 2026.

## POINTS AND AUTHORITIES

1. Petitioner Joe Calixto Caicedo Jara was taken into custody of Immigration and Customs Enforcement on or about May 15, 2026. ECF No. 1 at 1. He had a bond hearing on June 22, 2026, where he was ordered detained. *Id*. The immigration court also issued a final order of removal that same day. On June 24, 2026, Mr. Caicedo filed a pro se habeas petition under 28 U.S.C. § 2241 in the Federal District Court of Nevada. *See id*. at 5. The Court appointed the Federal Public Defender to represent Mr. Caicedo on June 26, 2026. ECF No. 3. The undersigned attorney filed her notice of appearance on July 6, 2026. ECF No. 4. The amended petition or a motion to dismiss the petition is currently due July 24, 2026. *See* ECF No. 3 at 2.

2. This is counsel's second request for an extension of time to file the amended petition or a motion to dismiss. Counsel for Petitioner reached out to counsel for Respondents, Assistant U.S. Attorney Russell Webb, who indicated he did not object to this request for extension of time.

3. Counsel received the relevant immigration court documents and recordings on July 6, 2026. Counsel for Mr. Caicedo had a legal call with him on July 9, 2026, to discuss his case. At that time, Mr. Caicedo had not mailed or filed an appeal of the June 22, 2026 bond denial decision or the decision ordering him removed that same day. Accordingly, after that call counsel mailed him the relevant forms and information. Counsel spoke with him again on July 23, 2026, and confirmed he had mailed the relevant appeal and fee waiver forms to the BIA, but he has not yet received confirmation that they have been received and docketed. Counsel has also reviewed the relevant immigration court documents and researched possible claims. Counsel is still trying to obtain additional information to better inform her client of his options and what type of relief may be available to him, but given that she is not

an immigration attorney her ability to obtain relevant information has been challenging.

4. Counsel requests additional time so that she may appropriately advise her client about his options regarding review of his bond decision and removal. This request for more time is made in the interests of justice and in the interest of Petitioner Joe Calixto Caicedo Jara. Counsel has been diligent in her attempts to obtain the relevant information so her client can make an informed decision and counsel can determine whether an amended petition or motion to dismiss is warranted in his case.

Dated July 23, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Alicia R. Intriago*
Alicia R. Intriago
Assistant Federal Public Defender

IT IS SO ORDERED:

U.S. DISTRICT COURT JUDGE

DATED: July 24, 2026